UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ERNEST CALVINO

20-CV-756; 20-CV-757; 20-CV-759;
20-CV-871; 20-CV-931 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 19, 2020, dismissing these actions without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the February 11, 2020 order in *Calvino v. Fauto L.*, ECF 1:19-CV-11958, 5 (S.D.N.Y. Feb. 11, 2020), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

SO ORDERED.

Dated: February 19, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge